1  KIMBERLY P. STEIN, ESQ.
   Nevada Bar No. 8675
2  Email: kps@fdlawlv.com
   FLANGAS LAW GROUP
3  3275 South Jones Boulevard, Suite 105
   Las Vegas, NV 89146
4  Telephone: (702) 307-9500

5

6              **UNITED STATES DISTRICT COURT**

7                   **DISTRICT OF NEVADA**

8

9   STEEL SUPPLEMENTS, INC., a Florida          | Case No. 2:22-cv-00020-GMB-BNW
10  Corporation,                                | Converted from Case: 2:22-ms-00001
                                                | Transferred to Florida Case No. 8:22-
11              Plaintiff,                       | cv-444-WFJ-CPT

          v.                                    **EMERGENCY MOTION FOR**
12                                              **RELIEF FROM COURT'S MINUTE**
    BLITZ NV, LLC, a Nevada limited liability   **ORDER [ECF NO. 31] TO UNSEAL**
13  Company,                                    **ECF NO. 2**

14              Defendant.                       **ORAL ARGUMENT REQUESTED**

15

16

17         Non-Party, Ignite International, Ltd. ("Ignite"), by and through its undersigned

18  attorneys of record, the law firm of Flangas Law Group, hereby requests that this Court

19  correct its Minute Order [ECF No. 31] and direct the Clerk to keep ECF No. 2 under seal.

20         This Motion is made on an emergency basis as the Court inadvertently has ordered

21  the unsealing of document subject to a sealing order of the Court to which this matter was

22  transferred in the Middle District of Florida [ECF No. 39], Case No. 8:22-cv-00444-WFJ-

23  CPT.

24

25

26  / / /

27  / / /

28  / / /

This Motion is based on upon all papers, pleadings, and records on file herein, the attached Memoranda of Points and Authorities, and any oral argument allowed at a hearing on this matter

Dated this 21st day of April, 2021.

**FLANGAS LAW GROUP**

*/s/Kimberly P. Stein*

KIMBERLY P. STEIN, ESQ. (NBN 8675)
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      INTRODUCTION AND SUMMARY**

On March 2, 2022, this Court granted a Motion to Transfer in this Matter [ECF No. 27]. Thereafter, this Court through Minute Order on March 3, 2022 [ECF No. 28] directed that this case be transferred to the Middle District of Florida (Tampa). This matter in Nevada was closed on March 4, 2022 when the matter was transmitted to the Middle District of Florida [ECF No. 29].

While this Court in Nevada on March 2, 2022, through minute order [ECF No. 26], prior to ordering this this matter being transferred on the same day, denied Plaintiff's Original Motion to Seal and further ordered that Ignite must file a motion to seal Plaintiff's motion to compel and exhibits (if it so desires) within 30 days, the Court closed this case and transferred the matter the same day. As such, Ignite timely filed its Motion in the Middle District of Florida [ECF No. 38] to keep sealed Plaintiff Steel Supplements, Inc.'s ("Plaintiff") Motion to Compel and to Transfer Motion Pursuant to Rule 45(f) ("Motion to Compel") filed under seal at ECF No 2 in accordance with Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 1.11(d).

Ignite's Motion to Seal was granted by the Middle District of Florida [ECF No. 39] on March 16, 2022. Yet, by oversight or mistake, this Court apparently through Minute Order on April 20, 2022 [ECF No. 31] ordered the documents already sealed under ECF

1   No. 39 to be unsealed, stating that no motion had been filed.  Ignite belies this was just an

2   oversight of this Court as the matter was closed in Nevada upon transfer.  However, this

3   matter must be corrected immediately to ensure sealed documents remain as such.

4   **II.    ARGUMENT**

5         FRCP 60(a) provides for relief from a Order to correct "a mistake arising from

6   oversight or omission whenever one is found in a judgment, order, or other part of the

7   record."  Further, FRCP 60(a) provides that the Court may do so on motion or on its own,

8   with or without notice.  FRCP 60(b)(1) further provides for relief from an Order due to

9   mistake.

10        Thus in this matter, the Court's Minute Order appears to be an unfortunate oversight

11  by the Court, as upon transfer, the docket remained, and now there are two ECF No. 31s.

12  Moreover, this Court's Orders were followed, and as such, the matter must remain sealed

13  and ECF No. 31 must be vacated.

14  **III.    CONCLUSION**

15        For the foregoing reasons, Ignite respectfully requests that this Court its Motion as

16  soon as possible to avoid the unsealing of documents already ordered to be sealed.

17        Dated this 21st day of April, 2021.

**IT IS ORDERED that the Clerk of Court is kindly directed to temporarily seal ECF No. 2 and its exhibits.**
**IT IS FURTHER ORDERED that Ignite must file a supplemental brief by 5/5/2022 explaining (with reference to legal authority) why this Court may not enforce its prior order (ECF No. 26) or determine which documents may be sealed in this District. Alternatively, Ignite may submit a supplemental brief by 5/5/2022 explaining what good cause exists to seal ECF No. 2.**
**IT IS FURTHER ORDERED that any response to Ignite's supplemental brief is due by 5/19/2022, and a reply is due by 5/26/2022.**

**FLANGAS LAW GROUP**

*/s/Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.  (NBN 8675)
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146

**IT IS SO ORDERED**

**DATED:** 2:35 pm, April 21, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-3-

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on April 21, 2021, that I electronically filed using the CM/ECF system and mailed a true and correct copy of the foregoing EMERGENCY MOTION FOR RELIEF FROM COURT'S MINUTE ORDER [ECF NO. 31] TO UNSEAL ECF NO. 2. to:

| | |
|---|---|
| Jason P. Stearns, Esq.<br>Sarah A. Gottlieb, Esq.<br>FREEBORN & PETERS, LLP<br>One Tampa City Center<br>201 North Franklin Street, Suite 3550<br>Tampa, FL 33602<br>jstearns@freeborn.com<br>sgottlieb@freeborn.com<br>*Attorneys for Plaintiff* | Kevin P. McCoy<br>CARLTON FIELDS, P.A.<br>4221 W. Boy Scout Blvd., Ste. 1000<br>Tampa, FL 33607-5780<br>kmccoy@carltonfields.com<br>*Attorneys for Defendant* |

/s/Andi Hughes
An employee of Flangas Law Group